IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| AMERICAN AIRLINES, INC., | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00775-P |
| | § | |
| KIWI.COM, INC. and KIWI.COM, S.R.O., | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF AMERICAN AIRLINES, INC.'S APPENDIX TO UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT KIWI.COM, S.R.O.**

Plaintiff American Airlines, Inc. files this Appendix to its Unopposed Motion for Extension of Time to Serve Defendant Kiwi.com, s.r.o.:

| Ex. | Document Description | Page Nos. |
|---|---|---|
| A | Declaration in Support of Motion for Extension of Time | App'x 001 – 002 |

1

Dated: October 23, 2023            Respectfully submitted,

           */s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
Julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: 202-331-3100
Facsimile: 202-331-3101

Cameron M. Nelson
nelsonc@gtlaw.com
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456.6590
Facsimile: (312) 456-8435

**ATTORNEYS FOR PLAINTIFF**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system on October 23, 2023, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00775-P |
| | § | |
| KIWI.COM, INC. and KIWI.COM, S.R.O., | § | |
| | § | |
| Defendants. | § | |

**DECLARATION IN SUPPORT OF MOTION FOR EXTENSION OF TIME**

My name is Maria J. Gutierrez. I have personal knowledge of all matters contained within this declaration, I am fully authorized to testify to the matters herein, and they are true and correct. I am over 21 years of age and competent to make this declaration. I declare as follows:

1. I am the President of Judicial Process and Support, Inc.

2. Judicial Process and Support, Inc. is a process serving company authorized to serve service of process.

3. Judicial Process and Support, Inc. has been in business since April 2000 and specializes in serving process internationally under The Hague Convention.

4. Judicial Process and Support, Inc. was retained by Plaintiff American Airlines, Inc. to serve legal documents—specifically a Complaint, Civil Cover Sheet, and Summons—upon Defendant Kiwi.com, s.r.o. in the Czech Republic.

5. Based on our experience, the timeline to effectuate service of process in the Czech Republic can take between 6 and 12 months total, depending on various factors.

6. The documents to be served in the Czech Republic must be translated into the national Czech language. The documents go through a four person workflow to accomplish

1


EXHIBIT A

**App'x 001**

translation; the documents are translated by a professional translator, reviewed by an editor, proofread, and then reviewed by a certifier before they are certified as accurate. This process takes approximately 4 weeks, depending on the page count of the documents. Judicial Process and Support, Inc. has completed the translation of the documents to be served.

7. In addition to translation of the documents, a USM94 Application "Request for Service Abroad of Judicial or Extrajudicial Documents" ("Application") must be prepared and executed. The Application has been prepared and executed.

8. On October 5, 2023, Judicial Process and Support, Inc. forwarded the translated documents and USM94 Application to the Ministry of Justice of the Czech Republic for official service of process on Defendant Kiwi.com, s.r.o.

9. Once the document package is received by the Ministry of Justice, it can take as long as 3 to 6 months to effectuate official service of process on Defendant Kiwi.com, s.r.o.

10. This Declaration is prepared and executed in anticipation that the attorney for Plaintiff will need an extension of time to effectuate proper service on Defendant Kiwi.com, s.r.o.

11. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 10/5/23

Maria J. Gutierrez
President of Judicial Process and Support, Inc.