IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-CV-00775-P |
| | § | |
| KIWI.COM, INC. and KIWI.COM, S.R.O., | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Bina Palnitkar with the law firm of Greenberg Traurig, LLP enters her appearance as counsel on behalf of Plaintiff American Airlines, Inc. and requests that copies of all notices, service copies, motions, and other filings be directed to the following address:

Bina B. Palnitkar
Texas State Bar No. 24070378
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Tel.: (214) 665-3600
Fax: (214) 665-3601
palnitkarb@gtlaw.com

Dated:   January 5, 2024                    Respectfully submitted,

                                        */s/ Bina B. Palnitkar*
                                        Bina B. Palnitkar
                                        Texas State Bar No. 24070378
                                        **GREENBERG TRAURIG, LLP**
                                        2200 Ross Avenue, Suite 5200
                                        Dallas, Texas 75201
                                        Tel.:  (214) 665-3600
                                        Fax:  (214) 665-3601
                                        palnitkarb@gtlaw.com

                                        *Attorney for American Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 5, 2024, a true and correct copy of the foregoing was served, upon filing, via the Court's CM/ECF system upon all parties requesting electronic notification in this case.

                                        */s/ Bina B. Palnitkar*
                                        Bina B. Palnitkar