**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **AMERICAN AIRLINES, INC.** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-CV-00775-Y** |
| | § | |
| **KIWI.COM, INC. and KIWI.COM, S.R.O.,** | § | |
| | § | |
| *Defendants.* | § | |

**ORDER GRANTING DEFENDANT KIWI.COM, S.R.O.'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER**

Before the Court is Defendant Kiwi.com, s.r.o.'s Motion for an Extension of Time to File

an Answer (ECF No. 41). Having reviewed the motion, the Court concludes that the Motion (ECF

No. 41) should be and hereby is hereby **GRANTED**.

Accordingly, Kiwi.com, s.r.o.'s deadline to answer, move, or otherwise respond to

Plaintiff's Complaint is **January 29, 2024.**

**SO ORDERED** on this _____ day of January 2024.

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE

0155054.0776820   4890-9596-0476v1