IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00775-P |
| § | |
| KIWI.COM, INC. and KIWI.COM S.R.O., § | |
| § | |
| Defendant. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff American Airlines, Inc. ("American") and Defendants Kiwi.com, Inc. and Kiwi.com s.r.o. (collectively, "Kiwi"), through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Dismissal with Prejudice.

The Parties have entered into a confidential settlement agreement resolving the underlying issues in the above-captioned case. Accordingly, the Parties stipulate and agree that all of American's claims against Kiwi in this matter shall be dismissed with prejudice.

The Parties further stipulate and agree that each party will bear its own attorneys' fees, costs, and expenses in this matter.

Dated:  February 13, 2024

*/s/ Dee J. Kelly, Jr.*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Lars L. Berg
State Bar No. 00787072
lars.berg@kellyhart.com
Julia G. Wisenberg
State Bar No. 24099146
julia.wisenberg@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500

Nathan J. Muyskens
nathan.muyskens@gtlaw.com
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100

Cameron M. Nelson
nelsonc@gtlaw.com
GREENBERG TRAURIG LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-6590
Facsimile: (312) 456-8435

**ATTORNEYS FOR PLAINTIFF**

Respectfully submitted,

*/s/ T. Ray Guy*
T. Ray Guy
Texas Bar No. 08648500
rguy@fbtlaw.com
Amy E. LaValle
Texas Bar No. 24040529
alavalle@fbtlaw.com
Ben A. West
Texas Bar No. 24084074
bwest@fbtlaw.com
Ha-Vi L. Nguyen
Texas Bar No. 24105693
hlnguyen@fbtlaw.com
**FROST BROWN TODD, LLP**
Rosewood Court
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 545-3472

Ann Marie Arcadi
Texas Bar No. 00786994
annmarie.arcadi@arcadijackson.com
Heather Summerfield
Texas Bar No. 24095772
heather.summerfield@arcadijackson.com
Seema Tendolkar
Texas Bar No. 24053509
seema.tendolkar@arcadijackson.com
Neakzaad L. Horriat
Texas Bar No. 24116536
neak.horriat@arcadijackson.com
**ARCADI JACKSON, LLP**
2911 Turtle Creek Blvd., Suite 800
Dallas, Texas 75219
Telephone: (214) 865-6458

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I certify that on February 13, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

>    */s/ Dee J. Kelly, Jr.*
>    Dee J. Kelly, Jr.